UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAIBE SIVADEL,

                Plaintiff,

          -against-                           07 Civ. 7789 (LAK)

NAMSHIK YOON, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                         **ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

Lewis A. Kaplan, *District Judge.*

       This action is dismissed pursuant to Fed. R. Civ. P. 4(m) for the reasons set forth in the report and recommendation of Magistrate Judge Theodore H. Katz to which no objections have been made.

       SO ORDERED.

Dated:      February 6, 2008

                                                  Lewis A. Kaplan
                                     United States District Judge